UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| BOBBY BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:20-cv-00260-JRS-DLP |
| | ) |
| DAREK MCMULLEN, et al. | ) |
| | ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On August 30, 2021, the Magistrate Judge submitted her Report and Recommendation with regard to Plaintiff's failure to prosecute this matter [ECF No. 13]. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby **ADOPTS** the Magistrate Judge's Report and Recommendation. Plaintiff's Complaint is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, for Plaintiff's failure to prosecute this matter. Judgment shall be issued accordingly.

SO ORDERED.

Date: 10/4/2021

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

BOBBY BROWN
1908 S. 18th St.
Terre Haute, IN 47802

–1–